IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

LISA CACCIATORI, Individually and as
Mother and Natural Guardian of Plaintiff
E.J.C., a Minor,

Plaintiff,

vs.                                       No. 12-cv-182-DRH-PMF

PFIZER INC., a Delaware Corporation;
PFIZER INTERNATIONAL LLC, a New
York Limited Liability Company; and J.B.
ROERIG & COMPANY, a Division of
Pfizer Inc.

Defendants.

## ORDER

**HERNDON, Chief Judge:**

Before the Court is plaintiff's notice of voluntary dismissal without prejudice pursuant to FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i) (Doc. 3). Voluntary dismissal without prejudice under Rule 41(a)(1)(A)(i) is appropriate as defendant has not yet answered the complaint or filed a motion for summary judgment. The Court hereby **ACKNOWLEDGES** said notice and holds that plaintiff's claims are **DISMISSED WITHOUT PREJUDICE**. The Clerk is instructed to close the file.

**IT IS SO ORDERED**.

Signed this 4th day of April, 2012.

David R. Herndon
2012.04.04
16:39:20 -05'00'

**Chief Judge**
**United States District Court**